UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY JEROME WOMACK, | No. 2:15-cv-2517 TLN AC P |
| Plaintiff, | |
| v. | ORDER |
| T. MAHONEY, et al., | |
| Defendants. | |

Plaintiff has filed a motion for a sixty-day extension of time to file objections to the October 13, 2017 findings and recommendations. ECF No. 11. However, he provides no explanation for why he requires an extension of time, much less why he requires such a lengthy extension. Id. The current deadline for filing objections is November 6, 2017. The court will grant plaintiff a twenty-one day extension of the current deadline. If plaintiff requires additional time he may file another motion for extension. Any further motion for extension must explain why plaintiff needs the extension and why he has not been able to complete his objections in the time already provided. Failure to provide this information will result in denial of the motion.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 11) is granted in part.

////

////

2. Plaintiff shall have an additional twenty-one days, up to November 27, 2017, to file objections to the findings and recommendations.

IT IS SO ORDERED.

DATED: October 31, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE