UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY JEROME WOMACK, | No. 2:15-cv-02517-TLN-AC-P |
| Plaintiff, | |
| v. | ORDER |
| T. MAHONEY, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 13, 2017, the magistrate judge filed findings and recommendations herein, which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days. (ECF No. 10.) Plaintiff was granted an extension of time up to and including November 27, 2017 to file objections to the findings and recommendations. (ECF No. 12.) Plaintiff has not filed objections.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 13, 2017 (ECF No. 10), are adopted

1

in full;

2. Plaintiff's motion to proceed in forma pauperis (ECF No. 2) is denied because he has accrued three strikes under 28 U.S.C. § 1915(g) and has not demonstrated that he is under imminent danger of serious physical injury; and

3. Plaintiff has thirty days to pay the entire $400.00 in required fees or face dismissal of the case.

Dated: January 2, 2018

Troy L. Nunley
United States District Judge