1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RODNEY JEROME WOMACK,                    No.  2:15-cv-2517 TLN AC P

12                 Plaintiff,

13         v.                                 FINDINGS AND RECOMMENDATIONS

14   T. MAHONEY, et al.,

15                 Defendants.

16

17         By an order filed January 2, 2018, plaintiff was ordered to pay the filing fee within thirty

18   days or face dismissal of this action.  ECF No. 13.  The thirty day period has now expired, and

19   plaintiff has not paid the filing fee or otherwise responded to the court's order.

20         Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without

21   prejudice.

22         These findings and recommendations are submitted to the United States District Judge

23   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

24   after being served with these findings and recommendations, plaintiff may file written objections

25   with the court.  Such a document should be captioned "Objections to Magistrate Judge's Findings

26   and Recommendations."  Plaintiff is advised that failure to file objections within the specified

27   ////

28   ////

                                    1

time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: February 15, 2018

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE